October 4, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

CALVIN HEARNE AND BEVERLY HEARNE, Appellants

NO. 14-15-00613-CV                    V.

KHERA INTEREST, INC., Appellee

_____

This cause, an appeal from the order granting final summary judgment in favor of appellee Khera Interest, Inc., signed April 21, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Khera Interest, Inc.

We further order this decision certified below for observance.